IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENDRICK C. STORY                                                                                     PLAINTIFF

V.                                                CASE NO. 07-CV-1032

CALVIN KNIGHTON, Sheriff,
Columbia County, Arkansas;
VICTOR REYNOLDS, Captain,
Columbia County Sheriff's Office;
and LT. JANET DELANEY,
Columbia County Sheriff's Office                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 16, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 78). Judge Bryant finds that Plaintiff's constitutional rights were violated, and Judge Bryant recommends that Plaintiff be awarded compensatory damages in the amount of $2100 against the Defendants and that Defendants be required to pay the $350 filing fee. The Defendants have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Judgment (Doc. 48) is **GRANTED** for the reasons set forth in the Report and Recommendation filed June 16, 2009, by the Honorable Barry A. Bryant. (Doc. 78). Accordingly, Plaintiff is awarded $2100 in compensatory damages, and Defendants are ordered to pay the $350 filing fee.

**IT IS SO ORDERED**, this 15th day of July, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge